United States District Court
Southern District of Illinois

**FILED**
FEB 16 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

No 10-128-JPG

Anthony Gay
   Plaintiff

vs.

Lt. E. Wagoner
   Defendant

## CAUSE OF ACTION FOR MISUSE OF FORCE, BATTERY CRUEL AND UNUSUAL PUNISHMENT, AND INTENTIONAL EMOTIONAL DISTRESS

Now comes Plaintiff Anthony Gay filing this cause of action on the following grounds:

1. I, Anthony Gay am the plaintiff in this cause of action and was at all times pertinent an inmate in Tamms Correctional Center.

2. The Defendant Lieutenant E. Wagoner is a former Lieutenant and was at all times pertinent a lieutenant in Tamms Correctional Center.

## COUNT I MISUSE OF FORCE

3. On February 19, 2008 at approximately four o'clock A.M. the plaintiff was digging at a cut on his neck.

4. The Defendant Wagoner told plaintiff to stop.

5. The plaintiff stopped.

6. However, the defendant Wagoner still maced plaintiff, causing plaintiff's skin to burn for three days, and intentional emotional distress.

7. Subsequently the defendant Wagoner lied and said plaintiff blocked his slider and smeared blood over his cell.

8. As a result, plaintiff was placed on an unappetizing diet called mealloaf for approximately four days.

9. This diet caused plaintiff emotional distress, a stomach ache and hunger pains.

## Count II Battery

10. Plaintiff re-alleges paragraphs 1# thru 9#

## Count III Cruel And Unusual Punishment

11. Plaintiff re-alleges paragraphs 1# thru 9#

## Count IV Intentional Emotional Distress

12. Plaintiff re-alleges paragraphs 1# thru 9#

## Relief Requested

A. That plaintiff be awarded compensatory and punitive damages.

/s/ [signature]

Anthony Gay B62257
8500 supermax road
Tamms, Il 62988

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state that I am the plaintiff in the attached cause of action and state the contents thereof are true and correct to the best of my knowledge

/s/ [signature]

## CERTIFICATE OF SERVICE

This certifies plaintiff sent the above attached instrument to the US District Clerk of Court For the Southern District of Illinois and a copy for the defendant via mail on 2-12-10

/s/ [signature]

Anthony Gay B6225(
8500 Superman road
Tamms, Il 62988